**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Edgar MAZAHUA–CORTES, Defendant–Appellant.**

No. 14–10038.

United States Court of Appeals, Ninth Circuit.

Submitted March 10, 2015.*

Filed March 17, 2015.

Lawrence Lee, Assistant U.S., USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Saul M. Huerta, Tucson, AZ, for Defendant–Appellant.

Before: FARRIS, WARDLAW, and PAEZ, Circuit Judges.

MEMORANDUM ***

Edgar Mazahua–Cortes appeals from the district court's judgment and challenges the 41–month sentence imposed following his guilty-plea conviction for attempted reentry after deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Mazahua–Cortes contends that the district court procedurally erred by failing to (i) consider the 18 U.S.C. § 3553(a) sentencing factors, and (ii) explain the reasons for the sentence and its rejection of his mitigating arguments. We review for plain error, *see United States v. Valencia–Barragan*, 608 F.3d 1103, 1108 (9th Cir. 2010), and find none. The record reflects that the district court considered the section 3553(a) sentencing factors and Mazahua–Cortes's mitigating arguments, and adequately explained the sentence. *See United States v. Carty*, 520 F.3d 984, 992–93 (9th Cir.2008) (en banc). Moreover, the sentence is substantively reasonable in light of the statutory sentencing factors and the totality of the circumstances. *See Gall v. United States*, 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007).

**AFFIRMED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.